Case 5:07-cv-01063-DOC-SH   Document 23   Filed 02/29/08   Page 1 of 2   Page ID #:78



```
Priority  ✓
Send      ✓
Enter     ✓
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___
```

FILED
CLERK, U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| FRANK JESS CORTEZ,<br><br>    Petitioner,<br><br>v.<br><br>D. DEXTER,<br><br>    Respondent. | ED CV 07-1063-DOC (SH)<br><br>ORDER ADOPTING THE FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that the Petition filed herein is dismissed with prejudice.

1

1 | IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
2 | the Magistrate Judge's Final Report and Recommendation and the Judgment herein
3 | by the United States mail on petitioner and counsel for respondent.
4 |     LET JUDGMENT BE ENTERED ACCORDINGLY.
5 | DATED: *February 26, 2008*

 

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE