Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| FRANK JESS CORTEZ,<br><br>  Petitioner,<br><br>  v.<br><br>D. DEXTER,<br><br>  Respondent. | ED CV 07-1063-DOC (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: February 26, 2008

David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1